MAY 20, 1971

No. 6945. SPENCER v. GEORGIA. C. A. 5th Cir. Application for stay and/or injunction, referred to the Court by MR. JUSTICE BRENNAN, denied.

MAY 24, 1971

No. 1262. WYMAN, COMMISSIONER OF NEW YORK DEPARTMENT OF SOCIAL SERVICES, ET AL. v. BODDIE ET AL. Appeal from C. A. 2d Cir. Motion of appellees for leave to proceed *in forma pauperis* granted. Judgment affirmed. [For earlier order herein, see 401 U. S. 990.]

No. 1373. WYMAN, COMMISSIONER OF NEW YORK DEPARTMENT OF SOCIAL SERVICES, ET AL. v. ROSADO ET AL. Appeal from C. A. 2d Cir. Motion of appellees for leave to proceed *in forma pauperis* granted. Judgment affirmed.

No. 1328. LASHLEY ET AL. v. MARYLAND. Appeal from Ct. Sp. App. Md. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 6555. BURTON v. NEW YORK. Appeal from Ct. App. N. Y. It appears that sentences imposed under judgment sought to be reviewed were concurrent and appeal therefore dismissed.